JONES, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Julia Jones against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

KABLE, Respondent, v. ROCHESTER GAS & ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) Action by Sebastian Kable against the Rochester Gas & Electric Company. No opinion. Judgment and order affirmed, with costs.

---

KANE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by James Kane against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.